## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

HENRY JOSEPH JAQUEZ,             )
                                 )
                    Plaintiff,   )
                                 )
-vs-                             )     Case No.  CIV-11-1406-F
                                 )
JUSTIN JONES, et al.,            )
                                 )
                    Defendants.  )

## ORDER

United States Magistrate Judge Bana Roberts issued a Report and Recommendation on April 19, 2012 (doc. no. 29), recommending that Plaintiff's Declaration for Entry of Default (doc. no. 22) be denied.  In the Report and Recommendation, Magistrate Judge Roberts advised the parties of their right to object to the Report and Recommendation by May 9, 2012 and that failure to make timely objection to the Report and Recommendation waives the right to appellate review of both the factual and legal issues therein contained.

To date, no objection has been filed.  With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bana Roberts on April 19, 2012 (doc. no. 29) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.  Plaintiff's Declaration for Entry of Default (doc. no. 22) is **DENIED**.

DATED May 23, 2012.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-1406p001.wpd